UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHRISTOPHER MOOREHART**  DOCKET NO. 24-cv-01518
   D.O.C. # 92637  SECTION P

**VERSUS**  JUDGE ROBERT R. SUMMERHAYS

**SAMMY LAPORTE, ET AL.**  MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order (doc. 9) be **DENIED**.

**THUS DONE AND SIGNED** in chambers this 9th day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE