**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**CHRISTOPHER MOOREHART**   **CASE NO.  6:24-CV-01518 SEC P**

**VERSUS**   **JUDGE ROBERT R. SUMMERHAYS**

**SAMMY LAPORTE, ET AL**   **MAGISTRATE JUDGE WHITEHURST**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 21], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this civil rights complaint be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 6th day of March, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE